**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6724**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EZAU YANEZ-HERNANDEZ, a/k/a Primo,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, Chief District Judge.  (7:08-cr-00106-D-1)

_____

Submitted:  October 17, 2017                          Decided:  October 19, 2017

_____

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen Clayton Gordon, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant.  Edward D. Gray, Donald Russell Pender, Assistant United States Attorneys, Lawrence Jason Cameron, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ezau Yanez-Hernandez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016) (providing standard). Accordingly, we affirm for the reasons stated by the district court. *United States v. Yanez-Hernandez*, No. 7:08-cr-00106-D-1 (E.D.N.C. filed May 9, 2017; entered May 10, 2017). We further deny Yanez-Hernandez's motion to appoint counsel.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the Office of the Federal Public Defender has filed an informal brief on behalf of Yanez-Hernandez, it does not seek appointment as counsel on appeal.